UNITED STATES of America, Plaintiff–Appellee,

v.

Jason Alexander EWING, Defendant–Appellant.

No. 11–14104

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 22, 2012.

Steven E. Butler, Kenyen Ray Brown, Donna Barrow Dobbins, Deborah A. Griffin, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Latisha Vanese Colvin, Elsie Mae Miller, Carlos A. Williams, Federal Defender's Office, Mobile, AL, Jason Alexander Ewing, FCI Talladega–Inmate Legal Mail, Talladega, AL, for Defendant–Appellant.

Before EDMONDSON, MARCUS, and MARTIN, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Jason Ewing in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ewing's revocation and sentence are **AFFIRMED.**